CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 12 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TOMEIKA MCCULLOUGH, | ) | |
| Petitioner, | ) | Civil Action No. 7:07cv00105 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN TERRY O'BRIEN, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** with prejudice, any pending motions are hereby **DENIED as MOOT**, and this action is stricken from the active docket of the court.

Ms. McCullough is advised that she may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 12th day of March, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge